UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANDREA WHITFIELD,

      Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.;
EQUIFAX INFORMATION SERVICES,
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendants.

CIVIL NO. 09-AR-0166-S

## JOINT STIPULATION FOR DISMISSAL OF CLAIMS AGAINST EQUIFAX INFORMATION SERVICES, LLC

COME NOW the Plaintiff, Andrea Whitfield, and Defendant, Equifax Information Services, LLC ("Equifax"), and move this Court to dismiss all causes of action which were brought or could have been brought against Equifax only, with prejudice, each party to bear their own costs on the ground that the controversy has been resolved amongst these parties. This will not affect any other claims the Plaintiff has against any other party.

Done this 27th day of March, 2009.

/s/ John G. Watts
John G. Watts
Attorney for Plaintiff
The Watts Law Group, PC
15 Office Park Circle, Suite 206
Birmingham, AL 35253
john@wattslawgroup.com

/s/ Victoria J. Franklin-Sisson
Victoria J. Franklin-Sisson
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
505 20th Street N., Ste. 600
Birmingham, Alabama 35203
Tel.:   205.226.5200
Fax:   205.226.5226
vsisson@joneswalker.com

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 27th day of March, 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF electronic filing system, which will automatically forward a copy to all parties of record.

                     /s/ Victoria J. Franklin-Sisson