IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREA WHITFIELD, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 09-AR-0166-S |
| } | |
| MIDLAND CREDIT MANAGEMENT, } | |
| INC., et al., } | |
| } | |
| Defendants. } | |

## ORDER

Pursuant to the joint stipulation of dismissal filed on March 27, 2009, the above-entitled action is hereby DISMISSED WITH PREJUDICE as to defendant Equifax Information Services, LLC. The case shall proceed as to the remaining defendants.

The parties shall bear their own respective costs.

DONE this 30th day of March, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE