# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANDREA WHITFIELD**      )<br>    **Plaintiff,**            )<br>                                           )<br>**v.**                                    )<br>                                           )<br>**MIDLAND CREDIT MANAGEMENT,** )<br>**INC., EQUIFAX INFORMATION**   )<br>**SYSTEMS, INC., EXPERIAN**        )<br>**INFORMATION SOLUTIONS, INC.,** )<br>                                           )<br>    **Defendant.**           ) | **Civil Action Number:**<br>**2:09-cv-00166-UNAS-WMA** |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST MIDLAND CREDIT MANAGEMENT, INC. ONLY

Comes now Andrea Whitfield and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Midland Credit Management, Inc. only as follows:

1. The Plaintiff and Defendant have resolved their differences and desire that the claims against the Defendant Midland Credit Management, Inc. only be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant Midland Credit Management, Inc. only.

        Respectfully Submitted,

        /s/ John G. Watts  
        **John G. Watts**  
        **Attorney for Plaintiff**

**OF COUNSEL:**  
Watts Law Group, P.C.  
301 19th Street North  
Birmingham, AL 35203  
(205) 879-2447  
(888) 522-7167 *facsimile*  
john@wattslawgroup.com

        /s/ M. Stan Herring  
        **M. Stan Herring**  
        **Attorney for Plaintiff**

**OF COUNSEL:**  
M. Stan Herring, P.C.  
301 19th Street North  
Birmingham, AL 35203  
(205) 714-4443  
(888) 522-7167 *facsimile*  
msh@mstanherringlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading through this court's electronic filing and notification system and via email on this the 26th Day of October, 2009.

        /s/ John G. Watts  
        Of Counsel