FILED

2009 Oct-29  PM 01:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA WHITFIELD, | } | |
| | } | |
|     Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 09-AR-0166-S |
| | } | |
| EXPERIAN INFORMATION | } | |
| SOLUTIONS, INC., | } | |
| | } | |
|     Defendant. | } | |

**<u>ORDER</u>**

Plaintiff's motion filed on October 26, 2009, to voluntary dismiss her claims against defendant, Midland Credit Management, Inc. ("Midland"), is GRANTED.  Accordingly, the action as against Midland is DISMISSED WITH PREJUDICE.  The case shall proceed as against defendant, Experian Information Solutions, Inc.

Costs are taxed as paid as between the parties affected.

DONE this 29th day of October, 2009.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE