# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ANDREA WHITFIELD** )<br>     **Plaintiff,** )<br>  )<br>**v.** )<br>  )<br>**MIDLAND CREDIT MANAGEMENT,** )<br>**INC., EQUIFAX INFORMATION** )<br>**SYSTEMS, INC., EXPERIAN** )<br>**INFORMATION SOLUTIONS, INC.,** )<br>  )<br>     **Defendant.** ) | **Civil Action Number:**<br>**2:09-cv-00166-UNAS-WMA** |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.

Comes now Andrea Whitfield and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Experian Information Solutions, Inc. as follows:

1. The Plaintiff and Defendant have resolved their differences and desire that the claims against the Defendant Experian Information Solutions, Inc. be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant Experian Information Solutions, Inc.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts**
**Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

/s/ M. Stan Herring
**M. Stan Herring**
**Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading through this court's electronic filing and notification system and via email on this the 2nd Day of December, 2009.

/s/ John G. Watts
Of Counsel

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts**
**Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

/s/ M. Stan Herring
**M. Stan Herring**
**Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading through this court's electronic filing and notification system and via email on this the 2nd Day of December, 2009.

/s/ John G. Watts
Of Counsel