FILED
2009 Dec-02 PM 02:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREA WHITFIELD, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 09-AR-0166-S |
| } | |
| EXPERIAN INFORMATION } | |
| SOLUTIONS, INC., } | |
| } | |
| Defendant. } | |

## ORDER

Plaintiff's motion filed on December 2, 2009, to dismiss her claims against defendant is well taken, and is GRANTED. Accordingly, the above-entitled action is DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 2nd day of December, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE